UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§<br>§ | |
| v. | § | CASE No. C-07-005 |
| LATRICIA CHAPA,<br>Defendant | §<br>§<br>§<br>§ | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT

The United States Magistrate Judge filed her Memorandum and Recommendation on July 20, 2007 (D.E. 8) with respect to plaintiff's Motion for Default Judgment. (D.E. 7). Defendant filed no objections. When no timely objection is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

The Magistrate recommended a judgment of $44,177.32, plus interest. Having carefully reviewed the pleadings and motions on file, the Court adopts as its own the Magistrate Judge's recommended decision. Accordingly, plaintiff's Motion for Default Judgment is GRANTED.

ORDERED this 23 day of November, 2007.

HAYDEN HEAD
CHIEF JUDGE